RECEIVED
BY MAIL
AUG 27 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

**District of Minnesota**

**Attorney Admissions Clerk, 700 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

**Case Title:** SEC v. KUNKEL **Case Number:** 01-CV-1504 MJD/SRN

## PETITION FOR ADMISSION PRO HAC VICE
## FOR U.S. GOVERNMENT ATTORNEY USE ONLY

(Filing Fee Waived)

### Affidavit of Proposed Admittee

I, Kristin S. Mackert, am currently a member in good standing of the bar of the United States District Court for the ______ District of Columbia, but not admitted to the bar of this court. I will be representing Securities and Exchange Commission (Government Agency) in the action listed above.

Kristin S. Mackert
Signature

August 24, 2001
Date

State I.D.: 435602

Govt. Agency: Securities and Exchange Commission
Suite/Building:
Street Address: 450 5th Street, N.W.
P.O. Box #:
City State Zip Washington, D.C. 20549-0207
Telephone:(202) 942-0825
Fax:(202) 942-9537

### Affidavit/Certification

I hereby certify that the affiant listed herein is employed as an attorney by this United States government agency.

[signature]
Signature

August 24, 2001
Date

Name: Richard M. Humes
Title: Associate General Counsel
U.S. Agency: Securities and Exchange Commission

Motion Granted: Richard D. Sletten vm
For the Court: Richard D. Sletten, Clerk

8.28.01
Date

Note: the original of this form must be filed with the Clerk of Court for the District of Minnesota in order to include you in the roll of admitted attorneys and before notices to counsel can be generated.

(4)

FILED 8.28.01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM