UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Securities and Exchange Commission,

Applicant,

v.

ORDER
Civ. No. 01-1504(MJD)

Jeanne Alyce Kunkel,

Respondent.

---

This matter is before the Court by way of summary proceeding on an Application by the Securities and Exchange Commission pursuant to Section 21(e)(1) of the Securities and Exchange Act of 1934, 15 U.S.C. 78u(e)(1), for an Order commanding Respondent Jeanne Alyce Kunkel ("Kunkel") to comply with a final Commission order, as modified by the United States Court of Appeals for the Eighth Circuit. It is the finding of the Court that Kunkel has not complied with the Commission order. Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Kunkel shall fully comply with the terms and conditions of the Commission order in In the Matter of the Applications of Everest Securities, Inc. and Jeanne Alyce Kunkel, Admin. Proc. File No. 3-8519, Exchange Act Release No. 37600 (August 26, 1996) which affirmed the NASD's sanctions.

IT IS FURTHER ORDERED that Kunkel shall pay the NASD $10,000 to satisfy the fine and $750 in costs imposed by the NASD and demonstrate restitution to customers in the amount of $22,500.

FILED OCT 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS FURTHER ORDERED that this Court will maintain jurisdiction over this matter necessary to assure payment to the NASD as ordered.

Date: 10-30-01

Michael J. Davis
United States District Court